UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR13-365-RAJ |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| MARK BRIAN VERHUL, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Offense charged:    Interstate Threats (4 counts)

Date of Detention Hearing:    November 19, 2013.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.    Defendant has been indicted for communicating via Facebook postings threats

DETENTION ORDER
PAGE -1

to kidnap, injure, and/or kill a police officer with initials D.B.

2. Defendant has a lengthy criminal record that includes firearms charges, obstruction of law enforcement, harassment, assault in the first degree and arson in the first degree. He has a history of mental health issues with involuntary commitments to mental health institutions. Some of his background information is unverified.

3. Defendant does not contest detention at this time, but was given leave by this Court to request review of the detention order upon receipt of new and material information not previously available.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel

for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 19th day of November, 2013.

_Mary Alice Theiler_
Mary Alice Theiler
Chief United States Magistrate Judge

DETENTION ORDER
PAGE -3