The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff <br> v. <br> MARK BRIAN VERHUL, <br> Defendant. | NO. CR13-365RAJ <br><br> **ORDER CONTINUING TERMS OF SUPERVISION** |

The Court, having considered the parties' arguments and submissions, HEREBY ORDERS that the terms of supervised release continue in full effect.

DATED this 6th day of December, 2019.

RICHARD A. JONES
UNITED STATES DISTRICT JUDGE

Order Continuing Terms of Supervision
(United States v. Verhul, CR13-365RAJ) - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970